UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                         CASE NO.: 13-36410
                                                   CHAPTER: 13

LOIDA ALONSO

             Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

TO THE COURT, THE CLERK OF THE COURT, DEBTOR(S), THE TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

The undersigned hereby files this Notice of Appearance in the above entitled matter as attorney for Secured Creditor, Wells Fargo Bank, NA (hereinafter referred to as "Creditor") in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above captioned matter, including all notices required by Rule 2002 of the Federal Rules of Bankruptcy Procedure to the following address:

                               Alice Blanco
                               Aldridge | Connors LLP
                               Fifteen Piedmont Center
                               3575 Piedmont Road, N.E., Suite 500
                               Atlanta, Georgia 30305

Dated: November 20, 2013              /s/Alice Blanco          .
                                                    Alice Blanco, Bar No.: FL 450359
                                               Attorney for Secured Creditor
                                               Aldridge | Connors, LLP
                                               Fifteen Piedmont Center
                                               3575 Piedmont Road, N.E., Suite 500
                                               Atlanta, Georgia 30305
                                               P:  404-994-7400
                                               F:  888.873.6147

## CERTIFICATE OF SERVICE

       I certify that I am over the age of 18 and that on the date written below, I served a copy of the foregoing Notice of Appearance and Request for Service of Notice by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following Parties have been served via email:


The following parties have been served electronically through the court's ECF System at the email address registered with the Court:

Robert Sanchez, Esq
court@bankruptcyclinic.com

Nancy K. Neidich
e2c8f01@ch13herkert.com


The following parties have been served via U.S. Mail:


Loida Alonso
17784 NW 59 Ave #102
Hialeah, FL 33015-5154


Dated: November 20, 2013                /s/Alice Blanco        .
                                                    Alice Blanco, Bar No.: FL 450359
                                               Attorney for Secured Creditor
                                             Aldridge | Connors, LLP
                                             Fifteen Piedmont Center
                                             3575 Piedmont Road, N.E., Suite 500
                                             Atlanta, Georgia 30305
                                             P:  404-994-7400
                                             F:  888.873.6147