

## ORDERED in the Southern District of Florida on February 19, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                    Case No. 13-36410-LMI
                                          Chapter 13
LOIDA ALONSO,

       Debtor.
_____/

### AGREED ORDER GRANTING DEBTORS' MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN

**THIS CASE** came before the Court on Debtors' Motion to Value and Determine Secured Status of Lien on Real Property [d.e. #19], the parties having agreed to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED:**

1. Debtor(s)' Motion to Value and Determine Secured Status of Lien on Real Property is granted.

2. The real property that is the subject of the Motion is located at 1300 West 47th Place 215B, Hialeah, FL 33012, legally described as:

LOT 215B OF BELLA VILLAS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 19414, AT PAGE 2461, AS AMENDED, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

by virtue of a mortgage recorded in the Public Records of Miami-Dade County, FL in Book 23857 at Page 2316.

3. Secured Creditor has an allowed secured claim in the amount of $65,000.00, which shall bear interest at the rate of 5.25% interest to be paid in equal monthly payments over the life of the plan with no balloon.

4. Secured Creditor will file a Proof of Claim in this case by the stated Claims Bar Date. The Proof of Claim shall be classified as a secured claim in the amount of $65,000.00, provided in paragraph 3 above, and the balance will be a general unsecured amount and shall be allowed as an unsecured claim to be paid pro rata with other unsecured creditors.

5. Debtor agrees Secured Creditor will maintain escrow payments in addition to the principal and interest due per the terms outlined above. The escrow payment is subject to change based upon analysis of the loan per standard servicing practices Secured Creditor will file timely Notice of Payment Change with the court during the life of the plan.

6. That in the event that the property is destroyed or damaged, that pursuant to the mortgage, Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

7. The subject property may not be sold or refinanced without proper notice and further order of the Court.

8. Should the above-styled case be dismissed or converted, or should Debtor fail to complete her Chapter 13 Plan and receive a discharge under 11 U.S.C. §1328(a) or relief be otherwise obtained, then the lien shall remain in full force and effect and this Order shall have no preclusive effect as to the value of the subject property.

9. Notwithstanding the foregoing, this Order is not recordable or enforceable until Debtor receives a discharge in this Chapter 13 case.

###

Submittedby:
Robert Sanchez, Esq
355 West 49th Street

Hialeah, FL 33012

**Robert Sanchez is directed to serve a copy of this Order on all parties in interest immediately upon receipt hereof and to file a certificate of service.**