UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 13-36410-LMI
Loida Alonso,                                               Chapter 13
        Debtor        /

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐    51 SW 1st Ave, #1410, Miami, FL 33130.

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5-1 | Internal Revenue Service | $1,378.97 | On or about February 2, 2014 creditor filed a priority proof of claim in the amount of $1,378.97. Debtor did not earn any income in the year 2012. As a result, debtor's non filing spouse listed the debtor as a dependent on his income tax returns for the year 2012. Debtor requests this claim be stricken and disallowed. |

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>8th</u> day of September, 2014 to:

    Internal Revenue Service
    Attn: Priscilla R. Boyd, Bankruptcy Spec.
    7850 SW 6th Court, M/S 5730,
    Plantation, FL 33324-2032;

    Internal Revenue Service
    P.O. Box 7346
    Philadelphia, PA 19101-7346

    Honorable Eric Holder, Attorney General of the United States,
    Department of Justice, Room 4400,
    950 Pennsylvania Avenue N.W.,
    Washington, D.C. 20530-0001;

    Honorable Wifredo A. Ferrer,
    United States Attorney,
    99 N.E. 4th Street,
    Miami, FL 33132;

    Special Assistant United States Attorney,
    c/o IRS Counsel (SBSE),
    51 S.W. 1st Avenue,
    P.O. Box 9,
    Miami, FL 33130;

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully Submitted:

    **Robert Sanchez, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008
    Fax. 305-512-9701

    By: /s/ Robert Sanchez_____
       [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)