

ORDERED in the Southern District of Florida on November 5, 2014.

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: Loida Alonso                                    Case No. 13-36410-LMI
                                                       Chapter 13
      Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [# 5]

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on October 8, 2014, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1.    The objection to claim of Internal Revenue Service [# 5] is SUSTAINED.

2.    The claim of Internal Revenue Service [# 5] is stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.